No. 02–9230 (02A720). KING v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 28, 2003

No. 02–5664. SELL v. UNITED STATES. C. A. 8th Cir. [Certiorari granted, *ante*, p. 999.] Counsel should be prepared to discuss the jurisdiction of this Court and of the Court of Appeals in this case, see *Cohen* v. *Beneficial Industrial Loan Corp.*, 337 U. S. 541 (1949), and are directed to file with the Clerk, and serve upon opposing counsel, supplemental briefs on the issue on or before 3 p.m., Friday, March 7, 2003. Twenty copies of the briefs prepared under this Court's Rule 33.2 may be filed initially in order to meet the March 7 filing date. Rule 29.2 does not apply. Forty copies of the briefs prepared under Rule 33.1 are to be filed as soon as possible thereafter.

MARCH 3, 2003

No. 01–8639. COULTER v. ILLINOIS. App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Miller-El* v. *Cockrell*, *ante*, p. 322.

No. 02–782. WALLS, WARDEN v. HENDERSON. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Woodford* v. *Visciotti*, *ante*, p. 19.